IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JOHN ZICHKO,

    Petitioner,               No. CIV S-11-1270 DAD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondent.           <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner is presently incarcerated at Atascadero State Hospital in Atascadero, California. He is serving a sentence pursuant to a judgment of conviction rendered by the San Luis Obispo County Superior Court.

        The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. <u>See</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973). In the instant case, both petitioner's conviction and his place of incarceration occurred in an area covered by the District Court for the Central District of California.

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California. Id. at 499 n.15; 28 U.S.C. § 2241(d).

DATED: May 26, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md
zich1270.108a