UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT JOHN ZICHKO, ) | |
| ) | |
| Petitioner, ) | Case No. CV 11-4794-DSF(AJW) |
| ) | |
| v. ) | |
| ) | |
| PEOPLE OF THE STATE OF ) | JUDGMENT |
| CALIFORNIA, et al., ) | |
| ) | |
| Respondents. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: __8/11/11_____

_____
Dale S. Fischer
United States District Judge